UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXIS G. PAUL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    vs. | )   Case No. 4:05CV968 HEA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

The Court having been advised by counsel that this action has been settled by the Notice of Settlement dated October 17, 2005,

**IT IS HEREBY ORDERED** any pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  Failure timely to comply with this order shall result in the dismissal of this action with prejudice.

Dated this 19th day of October, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE